Fill in this information to identify the case:

United States Bankruptcy Court for the:

Northern District of Texas

Case number (if known): _____ Chapter _____11_____

☐ Check if this is an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | |
|---|---|
| **1. Debtor's name** | RAKKI LLC |
| **2. All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | (Co-Debtor) Kyodai Sushi & Handroll Bar, LLC<br>(Co-Debtor) Kyodai Handroll & Seafood Bar, LLC<br>(Co-Debtor) Kyodai FTW, LLC |
| **3. Debtor's federal Employer Identification Number (EIN)** | 9 2 – 0 9 5 5 4 9 9 |

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 2825 Heritage Trace Parkway<br>Number        Street | Number        Street |
| | P.O. Box |
| Fort Worth, TX 76177<br>City                            State    ZIP Code | City                            State    ZIP Code |
| Tarrant<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number        Street |
| | City                            State    ZIP Code |

**5. Debtor's website (URL)**    www.kyodaihandroll.com

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    RAKKI LLC _____    Case number *(if known)* _____
　　　　　Name

| | |
|---|---|
| **7. Describe debtor's business** | **A.** *Check one:* |
| | ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A)) |
| | ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B)) |
| | ☐ Railroad (as defined in 11 U.S.C. §101(44)) |
| | ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A)) |
| | ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6)) |
| | ☐ Clearing Bank (as defined in 11 U.S.C. §781(3)) |
| | ☑ None of the above |

**B.** *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

**C.** NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes .
    7  2  2  5

---

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first subbox. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check **all** that apply:*

　☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　☑ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　☐ A plan is being filed with this petition.

　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☐ No
☑ Yes.  District  Northern District of Texas _____    When  11/4/2022 ____    Case number  22-42669-11 _____
　　　　　　　　　　　　　　　　　　　　　　　　　　MM / DD / YYYY

　　　District _____    When _____    Case number _____
　　　　　　　　　　　　　　　　　　　MM / DD / YYYY

---

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No
☐ Yes.  Debtor _____    Relationship _____
　　　　　District _____    When _____
　　　　　　　　　　　　　　　　　　　　　　　　　MM / DD / YYYY
　　　　　Case number, if known _____

---

Debtor      RAKKI LLC
_____          Case number *(if known)* _____
            Name

| | |
|---|---|
| **11. Why is the case filed in *this district*?** | *Check all that apply:*<br><br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br><br>☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br><br>**Why does the property need immediate attention?** *(Check all that apply.)*<br><br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>What is the hazard? _____<br><br>☐ It needs to be physically secured or protected from the weather.<br><br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br><br>☐ Other _____<br><br>**Where is the property?** _____<br>Number   Street<br><br>_____<br>City                              State   ZIP Code<br><br>**Is the property insured?**<br>☐ No<br>☐ Yes.   Insurance agency _____<br>          Contact name _____<br>          Phone _____ |

## Statistical and administrative information

| | |
|---|---|
| **13. Debtor's estimation of available funds?** | *Check one:*<br><br>☐ Funds will be available for distribution to unsecured creditors.<br><br>☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
| **14. Estimated number of creditors** | ☑ 1-49          ☐ 1,000-5,000          ☐ 25,001-50,000<br>☐ 50-99          ☐ 5,001-10,000        ☐ 50,000-100,000<br>☐ 100-199        ☐ 10,001-25,000       ☐ More than 100,000<br>☐ 200-999 |
| **15. Estimated assets** | ☐ $0-$50,000                ☐ $1,000,001-$10 million        ☐ $500,000,001-$1 billion<br>☐ $50,001-$100,000          ☐ $10,000,001-$50 million       ☐ $1,000,000,001-$10 billion<br>☑ $100,001-$500,000         ☐ $50,000,001-$100 million      ☐ $10,000,000,001-$50 billion<br>☐ $500,001-$1 million       ☐ $100,000,001-$500 million     ☐ More than $50 billion |

Debtor    RAKKI LLC
          _____        Case number *(if known)* _____
          Name

---

**16. Estimated liabilities**

☐ $0-$50,000                    ☐ $1,000,001-$10 million         ☐ $500,000,001-$1 billion
☐ $50,001-$100,000              ☐ $10,000,001-$50 million        ☐ $1,000,000,001-$10 billion
☐ $100,001-$500,000             ☐ $50,000,001-$100 million       ☐ $10,000,000,001-$50 billion
☑ $500,001-$1 million           ☐ $100,000,001-$500 million      ☐ More than $50 billion

---

## Request for Relief, Declaration, and Signatures

**WARNING --**    Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

- ■ I have been authorized to file this petition on behalf of the debtor.

- ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  07/31/2023
            MM/ DD/ YYYY

X  /s/ Viet Nguyen                                          Viet Nguyen
   Signature of authorized representative of debtor         Printed name

Title                Managing Member

---

**18. Signature of attorney**

X                 /s/ Robert C Lane                    Date  07/31/2023
   Signature of attorney for debtor                          MM/ DD/ YYYY

     Robert C Lane
     Printed name

     The Lane Law Firm
     Firm name

     6200 Savoy Dr Ste 1150
     Number        Street

     Houston                                TX        77036-3369
     City                                   State     ZIP Code

     (713) 595-8200                         notifications@lanelaw.com
     Contact phone                          Email address

     24046263                               TX
     Bar number                             State

---

Official Form 201A (12/15)

*[If debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this Exhibit "A" shall be completed and attached to the petition.]*

*[Caption as in Form 416B]*

**Attachment to Voluntary Petition for Non-Individuals Filing for
Bankruptcy under Chapter 11**

1. If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is
.

2. The following financial data is the latest available information and refers to the debtor's condition on                    .

| | |
|---|---|
| a. Total assets | $154,755.00 |
| b. Total debts (including debts listed in 2.c., below) | $679,421.94 |
| c. Debt securities held by more than 500 holders | |

Approximate
number of
holders:

secured ☐ unsecured ☐ subordinated ☐
secured ☐ unsecured ☐ subordinated ☐
secured ☐ unsecured ☐ subordinated ☐
secured ☐ unsecured ☐ subordinated ☐
secured ☐ unsecured ☐ subordinated ☐

d. Number of shares of preferred stock

e. Number of shares common stock

Comments, if any:

3. Brief description of debtor's business          Full service sushi restaurant

4. List the names of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:

<table>
<tr><td>Fill in this information to identify the case:</td></tr>
</table>

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | RAKKI LLC |
| United States Bankruptcy Court for the: | Northern District of Texas |
| Case number (if known): | _____ |

☐ Check if this is an amended filing

## Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 American Express Becket and Lee LLP PO Box BOX 3001 Malvern, PA 19355-0701 | | | | | | $58,650.24 |
| 2 Eleven Capital 666 West End Ave 15FG New York, NY 10025 | | | Disputed | | | $20,940.00 |
| 3 Everest Business Funding 5 West 37th St 2nd Floor New York, NY 10018 | | Sale of Future AR | Disputed | | | $49,690.00 |
| 4 Family Business Fund 101 Plaza Real 216 Boca Raton, FL 33432 | | Sale of Future AR | Disputed | | | $55,125.00 |
| 5 Finova Capital 365 W. Passaic Ave Rochelle Park, NJ 07662 | | Sale of Future AR | Disputed | | | $73,478.00 |
| 6 Frisco Independent School District 1919 S. Shiloh Road 640, LB 40 Garland, TX 75042 | | | | | | $1,867.20 |
| 7 LifeTime Funding 585 Stewart Ave Suite L90 Garden City, NY 11530 | | Sale of Future AR | Disputed | | | $49,902.00 |
| 8 Liquidbee LLC 295 Madison Ave, FL 22 New York, NY 10017 | | | Disputed | | | $48,717.00 |

| Debtor | RAKKI LLC | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | NewCo Capital Group 25 Robert Pitt Dr 204 Monsey, NY 10952 | | Sale of Future AR | Disputed | | | $26,602.00 |
| 10 | On Deck 1400 Broadway 25th Floor New York, NY 10018 | | Secured Business Loan | | | | $103,569.00 |
| 11 | Spring Funding 101 Chase Ave Lakewood, NJ 08701 | | Sale of Future AR | Disputed | | | $27,731.50 |
| 12 | Texas Comptroller of Public Accountants PO Box BOX 12548, MC-008 Austin, TX 78711 | | | | | | $100,000.00 |
| 13 | Torro, LLC 5965 South 900 East Suite 300 Salt Lake City, UT 84121 | | Sale of Future AR | Disputed | | | $63,150.00 |
| 14 | | | | | | | |
| 15 | | | | | | | |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |

**Fill in this information to identify the case:**

Debtor name _____ RAKKI LLC _____

United States Bankruptcy Court for the:

_____ Northern District of Texas _____

Case number (if known): _____

☐ Check if this is an
amended filing

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors          12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)

☐ *Amended Schedule* _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___07/31/2023___
MM/ DD/ YYYY

**X** _/s/ Viet Nguyen_____
Signature of individual signing on behalf of debtor

_Viet Nguyen_____
Printed name

_Managing Member_____
Position or relationship to debtor

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | RAKKI LLC |
| United States Bankruptcy Court for the: | Northern District of Texas |
| Case number (if known): | |

☐ Check if this is an amended filing

## Official Form 206A/B

## Schedule A/B: Assets — Real and Personal Property                                   12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:  Cash and cash equivalents

1.  **Does the debtor have any cash or cash equivalents?**
    ☐ No. Go to Part 2.
    ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2.  **Cash on hand** _____

3.  **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1 Chase | Checking account | 1201 | $0.00 |

**Additional Page Total** - *See continuation page for additional entries*                              $50,754.00

4.  **Other cash equivalents** *(Identify all)*
    **None**

5.  **Total of Part 1**
    Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.      $50,754.00

### Part 2:  Deposits and prepayments

6.  **Does the debtor have any deposits or prepayments?**
    ☑ No. Go to Part 3.
    ☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7.  **Deposits, including security deposits and utility deposits**
    Description, including name of holder of deposit
    **None**

Debtor    **RAKKI LLC**                                      Case number *(if known)* _____
              Name

---

8.  **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
    Description, including name of holder of prepayment

    **None**

9.  **Total of Part 2**
    Add lines 7 through 8 (including amounts on any additional sheets). Copy the total to line 81.                            $0.00

---

| Part 3: | Accounts receivable |
|---|---|

10.  **Does the debtor have any accounts receivable?**
     ☑ No. Go to Part 4.
     ☐ Yes. Fill in the information below.

                                                                                   Current value of debtor's
                                                                                   interest

11.  **Accounts Receivable**

     11a. 90 days old or less:  _____ - _____ = ...... ➔     _____
                                face amount          doubtful or uncollectible accounts

     11b. Over 90 days old:     _____ - _____ = ...... ➔     _____
                                face amount          doubtful or uncollectible accounts

12.  **Total of Part 3**
     Current value on lines 11a + 11b = line 12. Copy the total to line 82.                                $0.00

---

| Part 4: | Investments |
|---|---|

13.  **Does the debtor own any investments?**
     ☑ No. Go to Part 5.
     ☐ Yes. Fill in the information below.

                                            Valuation method used for       Current value of debtor's
                                            current value                   interest

14.  **Mutual funds or publicly traded stocks not included in Part 1**
     Name of fund or stock:

     **None**

15.  **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**
     Name of fund or stock:                    % of
                                               ownership:

     **None**

16.  **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
     Describe:

---

Debtor   **RAKKI LLC**_____    Case number *(if known)*_____
          Name

        **None**

17. **Total of Part 4**

    Add lines 14 through 16 (including any additional sheets). Copy the total to line 83.                    **$0.00**

| **Part 5:** | Inventory, excluding agriculture assets |

18. **Does the debtor own any inventory (excluding agriculture assets)?**
    ☐ No. Go to Part 6.
    ☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| 19.1 **Toyosu Market Fish (Kyodai Handroll & Seafood Bar)** | **11/04/2022** MM / DD / YYYY | **(Unknown)** | Fair Market Value | **$2,000.00** |
| **Additional Page Total** - *See continuation page for additional entries* | | | | **$9,000.00** |
| **20. Work in progress** | | | | |
| **None** | | | | |
| **21. Finished goods, including goods held for resale** | | | | |
| **None** | | | | |
| **22. Other inventory or supplies** | | | | |
| 22.1 **Non-Alcoholic Beverages (Kyodai Sushi & Handroll Bar LLC)** | **11/04/2022** MM / DD / YYYY | **(Unknown)** | | **$1,000.00** |
| **Additional Page Total** - *See continuation page for additional entries* | | | | **$8,500.00** |

23. **Total of Part 5**

    Add lines 19 through 22 (including any additional sheets). Copy the total to line 84.                    **$20,500.00**

24. **Is any of the property listed in Part 5 perishable?**
    ☐ No
    ☑ Yes

Debtor    **RAKKI LLC**_____    Case number *(if known)*_____
Name

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☑ Yes

| | | | | |
|---|---|---|---|---|
| Book value | **(Unknown)** | Valuation method **Fair Market Value** | Current value | **$2,000.00** |
| Book value | **(Unknown)** | Valuation method **Fair Market Value** | Current value | **$1,500.00** |
| Book value | **(Unknown)** | Valuation method _____ | Current value | **$2,000.00** |
| Book value | **(Unknown)** | Valuation method _____ | Current value | **$1,500.00** |
| Book value | **(Unknown)** | Valuation method _____ | Current value | **$2,000.00** |
| Book value | **(Unknown)** | Valuation method _____ | Current value | **$3,000.00** |

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☑ No
☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**
☑ No. Go to Part 7.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| | | | |

28. **Crops — either planted or harvested**

   **None**

29. **Farm animals** *Examples*: Livestock, poultry, farm-raised fish

   **None**

30. **Farm machinery and equipment** (Other than titled motor vehicles)

   **None**

31. **Farm and fishing supplies, chemicals, and feed**

   **None**

32. **Other farming and fishing-related property not already listed in Part 6**

   **None**

33. **Total of Part 6**

   Add lines 28 through 32. Copy the total to line 85.    _____ **$0.00**

Debtor    __RAKKI LLC_____    Case number *(if known)* _____
　　　　　Name

---

**34.** **Is the debtor a member of an agricultural cooperative?**
☑ No
☐ Yes. Is any of the debtor's property stored at the cooperative?
　　☐ No
　　☐ Yes

**35.** **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes

**36.** **Is a depreciation schedule available for any of the property listed in Part 6?**
☑ No
☐ Yes

**37.** **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
☑ No
☐ Yes

---

**Part 7:**　Office furniture, fixtures, and equipment; and collectibles

---

**38.** **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**
☐ No. Go to Part 8.
☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.** **Office furniture** | | | |
| 39.1 **Tables and Chairs (Kyodai FTW)** | (Unknown) | | $2,500.00 |
| **Additional Page Total** - *See continuation page for additional entries* | | | $13,500.00 |
| **40.** **Office fixtures** | | | |
| **None** | | | |
| **41.** **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| 41.1 **Ice Machine (Kyodai Handroll & Seafood Bar)** | (Unknown) | Fair Market Value | $5,000.00 |
| **Additional Page Total** - *See continuation page for additional entries* | | | $62,500.00 |
| **42.** **Collectibles** *Examples*: Antiques and figurines; paintings, prints or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| **None** | | | |

---

Debtor    **RAKKI LLC**
                                                                    Case number *(if known)*
          Name

**43. Total of Part 7**

Add lines 39 through 42. Copy the total to line 86.                                    $83,500.00

**44. Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No

☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

**Part 8:** Machinery, equipment, and vehicles

---

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

  **None**

**48. Watercraft, trailers, motors, and related accessories** *Examples*: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

  **None**

**49. Aircraft and accessories**

  **None**

**50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

  **None**

**51. Total of Part 8**

Add lines 47 through 50. Copy the total to line 87.                                    $0.00

**52. Is a depreciation schedule available for any of the property listed in Part 8?**

☑ No

☐ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No

☐ Yes

Debtor    **RAKKI LLC**
　　　　　Name

Case number *(if known)*

---

## Part 9: Real Property

**54. Does the debtor own or lease any real property?**

☑ No. Go to Part 10.

☐ Yes. Fill in the information below.

| General description<br><br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has interest**

**None**

**56. Total of Part 9**

Add the current value on lines 55.1 through 55.3 and entries from any addition sheets. Copy the total to line 88.

$0.00

**57. Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No

☐ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

## Part 10: Intangibles and Intellectual Property

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**60. Patents, copyrights, trademarks, and trade secrets**

**None**

**61. Internet domain names and websites**

| 61.1 www.kyodaihandroll.com | (Unknown) | | $1.00 |
|---|---|---|---|

**62. Licenses, franchises, and royalties**

**None**

**63. Customer lists, mailing lists, or other compilations**

**None**

---

Debtor     __RAKKI LLC_____     Case number *(if known)* _____
                Name

**64.**  **Other intangibles, or intellectual property**

    **None**

**65.**  **Goodwill**

    **None**

**66.**  **Total of Part 10**

    Add lines 60 through 65. Copy the total to line 89.                                    _____**$1.00**

**67.**  **Do your lists or records include personally identifiable information of customers?** (as defined in 11 U.S.C. §§ 101(41A) and 107)

    ☑ No
    ☐ Yes

**68.**  **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

    ☑ No
    ☐ Yes

**69.**  **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

    ☑ No
    ☐ Yes

| Part 11: | All other assets |
|---|---|

**70.**  **Does the debtor own any other assets that have not yet been reported on this form?**
    ☑ No. Go to Part 12.
    ☐ Yes. Fill in the information below.

                                                                            **Current value of debtor's
interest**

**71.**  **Notes receivable**
    Description (include name of obligor)

    **None**

**72.**  **Tax refunds and unused net operating losses (NOLs)**
    Description (for example, federal, state, local)

    **None**

**73.**  **Interests in insurance policies or annuities**

    **None**

**74.**  **Causes of action against third parties (whether or not a lawsuit has been filed)**

    **None**

**75.**  **Other contingent and unliquidated claims or causes of action of every nature,
including counterclaims of the debtor and rights to set off claims**

    **None**

Debtor    **RAKKI LLC**
          Name                                                          Case number *(if known)*

76.  **Trusts, equitable or future interests in property**

     **None**

77.  **Other property of any kind not already listed** *Examples:* Season tickets,
     country club membership

     **None**

78.  **Total of Part 11**
     Add lines 71 through 77. Copy the total to line 90.                           **$0.00**

79.  **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
     ☑ No
     ☐ Yes

| Debtor | **RAKKI LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $50,754.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $20,500.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; collectibles.** *Copy line 43, Part 7.* | $83,500.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*..................................................................... | → | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $1.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column...... 91a. | $154,755.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92 ................................................................................... | | $154,755.00 |

| Debtor | **RAKKI LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

## Additional Page

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

**3. Checking, savings, money market, or financial brokerage accounts - *Continued***

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.2 | Chase | Checking account | 7272 | $0.00 |
| 3.3 | Chase | Checking account | 3735 | $0.00 |
| 3.4 | Veritex Community Bank | Checking account | 6326 | $25,377.00 |
| 3.5 | Veritex Community Bank | Checking account | 6326 | $25,377.00 |

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

**19. Raw materials - *Continued***

| | General description | Date | Net book value | Valuation method | Current value |
|---|---|---|---|---|---|
| 19.2 | Bluefin Tuna (Kyodai Handroll & Seafood Bar) | 11/04/2022 MM / DD / YYYY | (Unknown) | Fair Market Value | $2,000.00 |
| 19.3 | A5 Wagyu (Kyodai Handroll & Seafood Bar) | 11/04/2022 MM / DD / YYYY | (Unknown) | Fair Market Value | $1,500.00 |
| 19.4 | Toyosu Market Fish (Kyodai Sushi & Handroll Bar LLC)) | 11/04/2022 MM / DD / YYYY | (Unknown) | | $2,000.00 |
| 19.5 | A5 Wagyu (Kodai Sushi & Handroll Bar LLC) | 11/04/2022 MM / DD / YYYY | (Unknown) | | $1,500.00 |
| 19.6 | Bluefin Tuna (Kyodai Sushi & Handroll Bar LLC) | 11/04/2022 MM / DD / YYYY | (Unknown) | | $2,000.00 |

**22. Other inventory or supplies - *Continued***

| | General description | Date | Net book value | Valuation method | Current value |
|---|---|---|---|---|---|
| 22.2 | Beer and Sake(Kyodai Sushi & Handroll Bar LLC) | 11/04/2022 MM / DD / YYYY | (Unknown) | | $2,500.00 |
| 22.3 | Beer and Sake(Kyodai Sushi & Seafood Bar LLC) | 11/04/2022 MM / DD / YYYY | (Unknown) | | $2,000.00 |
| 22.4 | Non-Alcoholic Beverages (Kyodai Sushi & Seafood Bar LLC) | 11/04/2022 MM / DD / YYYY | (Unknown) | | $1,000.00 |
| 22.5 | Liquor (Kyodai Handroll & Seafood Bar LLC) | 11/04/2022 MM / DD / YYYY | (Unknown) | | $3,000.00 |

| General description | | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

**39. Office furniture - *Continued***

| | General description | Net book value | Valuation method | Current value |
|---|---|---|---|---|
| 39.2 | Computer Equipment (Kyodai FTW) | (Unknown) | | $1,000.00 |
| 39.3 | Plates and Silverware (Kyodai FTW) | (Unknown) | | $2,500.00 |
| 39.4 | Computer Equipment (Kyodai Handroll & Seafood Bar) | (Unknown) | Fair Market Value | $1,000.00 |
| 39.5 | Table and Chairs (Kyodai Handroll & Seafood Bar) | (Unknown) | Fair Market Value | $2,500.00 |
| 39.6 | Miscellaneous Kitchen Supplies (Kyodai Handroll & Seafood Bar) | (Unknown) | Fair Market Value | $2,000.00 |

Debtor    **RAKKI LLC**
          Name                                                           Case number *(if known)*

## Additional Page

| | | | |
|---|---|---|---|
| 39.7 | Plates and Silverware (Kyodai Sushi & Handroll Bar LLC) | (Unknown) | | $2,500.00 |
| 39.8 | Plates (Kyodai Handroll & Seafood Bar) | (Unknown) | Fair Market Value | $2,000.00 |

**41. Office equipment -** *Continued*

| | | | |
|---|---|---|---|
| 41.2 | Super Freezer (2)(Kyodai Sushi & Handroll Bar LLC) | (Unknown) | | $4,000.00 |
| 41.3 | Ice Machine (Kyodai Sushi & Handroll Bar LLC) | (Unknown) | | $5,000.00 |
| 41.4 | Standing Freezer (Kyodai Sushi & Handroll Bar LLC) | (Unknown) | | $2,000.00 |
| 41.5 | Standing Cooler (Kyodai Sushi & Handroll Bar LLC) | (Unknown) | | $2,000.00 |
| 41.6 | Rice Cooker(3)(Kyodai Sushi & Handroll Bar LLC) | (Unknown) | | $1,000.00 |
| 41.7 | Super Freezer (Kyodai Handroll & Seafood Bar) | (Unknown) | Fair Market Value | $2,000.00 |
| 41.8 | Standing Freezer (Kyodai Handroll & Seafood Bar) | (Unknown) | Fair Market Value | $2,000.00 |
| 41.9 | Standing Cooler (Kyodai Handroll & Seafood Bar) | (Unknown) | Fair Market Value | $2,000.00 |
| 41.10 | Rice Cooker (3) (Kyodai Handroll & Seafood Bar) | (Unknown) | Fair Market Value | $1,000.00 |
| 41.11 | Computer Equipment (Kyodai Sushi & Handroll Bar LLC) | (Unknown) | | $1,000.00 |
| 41.12 | Tables and Chairs (Kyodai Sushi & Handroll Bar LLC) | (Unknown) | | $2,500.00 |
| 41.13 | Standing Cooler Refrigerator(3)(Kyodai Sushi & Handroll Bar LLC) | (Unknown) | | $7,000.00 |
| 41.14 | Standing Cooler Refrigerator (4) (Kyodai Handroll & Seafood Bar) | (Unknown) | Fair Market Value | $9,000.00 |
| 41.15 | Ice Machine (Kyodai FTW) | (Unknown) | | $5,000.00 |
| 41.16 | Standing Cooler Refrigerator(4)(Kyodai FTW) | (Unknown) | | $10,000.00 |
| 41.17 | Standing Freezer (Kyodai FTW) | (Unknown) | | $2,000.00 |
| 41.18 | Super Freezer (Kyodai FTW) | (Unknown) | | $2,000.00 |
| 41.19 | Standing Cooler (Kyodai FTW) | (Unknown) | | $2,000.00 |
| 41.20 | Rice Cooker(3)(Kyodai FTW) | (Unknown) | | $1,000.00 |

Fill in this information to identify the case:

Debtor name  RAKKI LLC

United States Bankruptcy Court for the:  ___Northern___   District of  ___Texas___
                                                                                (State)

Case number (if known): _____

☐ Check if this is an
   amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property   12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

| **Part 1:** | List Creditors Who Have Secured Claims |
| --- | --- |

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

|  | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** |
| --- | --- | --- |

**2.1**

**Creditor's name**

On Deck

**Creditor's mailing address**

1400 Broadway

25th Floor

New York, NY 10018

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

_____

**Describe debtor's property that is subject to a lien**

_____
_____
_____

**Describe the lien**

Secured Business Loan

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

| | $103,569.00 | unknown |

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $103,569.00

Fill in this information to identify the case:

Debtor name _____ RAKKI LLC _____

United States Bankruptcy Court for the:
_____ Northern District of Texas _____

Case number (if known): _____

☐ Check if this is an
amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:  List All Creditors with PRIORITY Unsecured Claims

**1.** **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)

☐ No. Go to Part 2.

☑ Yes. Go to line 2.

**2.** **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address

Frisco Independent School District

1919 S. Shiloh Road 640, LB 40

Garland, TX 75042

Date or dates debt was incurred
_____

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(8)**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:
_____

Is the claim subject to offset?
☑ No
☐ Yes

Total claim: $1,867.20

Priority amount: $1,867.20

**2.2** Priority creditor's name and mailing address

Texas Comptroller of Public Accountants

PO Box BOX 12548, MC-008

Austin, TX 78711

Date or dates debt was incurred
_____

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(8)**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:
_____

Is the claim subject to offset?
☑ No
☐ Yes

Total claim: $100,000.00

Priority amount: $100,000.00

| Debtor | **RAKKI LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | **Amount of claim** |
|---|---|---|

**3.1**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $58,650.24 |
|---|---|---|
| American Express | *Check all that apply.* | |
| | ☐ Contingent | |
| Becket and Lee LLP | ☐ Unliquidated | |
| | ☐ Disputed | |
| PO Box BOX 3001 | **Basis for the claim:** _____ | |
| Malvern, PA 19355-0701 | **Is the claim subject to offset?** | |
| | ☑ No | |
| | ☐ Yes | |
| Date or dates debt was incurred _____ | | |
| Last 4 digits of account number __ __ __ __ | | |

**3.2**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | unknown |
|---|---|---|
| Bridge Funding Cap | *Check all that apply.* | |
| | ☐ Contingent | |
| 450 Lexington Ave 4th Fl | ☑ Unliquidated | |
| New York, NY 10017 | ☑ Disputed | |
| | **Basis for the claim:** Sale of Future AR | |
| | **Is the claim subject to offset?** | |
| | ☑ No | |
| Date or dates debt was incurred _____ | ☐ Yes | |
| Last 4 digits of account number __ __ __ __ | | |

**3.3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | unknown |
|---|---|---|
| Business Backer | *Check all that apply.* | |
| | ☐ Contingent | |
| 10856 Reed Hartman Hwy | ☐ Unliquidated | |
| Cincinnati, OH 45242 | ☑ Disputed | |
| | **Basis for the claim:** Sale of Future AR | |
| | **Is the claim subject to offset?** | |
| | ☑ No | |
| Date or dates debt was incurred _____ | ☐ Yes | |
| Last 4 digits of account number __ __ __ __ | | |

**3.4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $20,940.00 |
|---|---|---|
| Eleven Capital | *Check all that apply.* | |
| | ☐ Contingent | |
| 666 West End Ave 15FG | ☐ Unliquidated | |
| New York, NY 10025 | ☑ Disputed | |
| | **Basis for the claim:** _____ | |
| | **Is the claim subject to offset?** | |
| | ☑ No | |
| Date or dates debt was incurred _____ | ☐ Yes | |
| Last 4 digits of account number __ __ __ __ | | |

Debtor    **RAKKI LLC**                                                     Case number *(if known)* _____
          Name

---

**Part 2:** Additional Page

---

| 3.5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $49,690.00 |
|---|---|---|---|

**3.5** Nonpriority creditor's name and mailing address

Everest Business Funding

5 West 37th St 2nd Floor

New York, NY 10018

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

Basis for the claim:  Sale of Future AR

Is the claim subject to offset?
- [x] No
- [ ] Yes

$49,690.00

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

---

**3.6** Nonpriority creditor's name and mailing address

Family Business Fund

101 Plaza Real 216

Boca Raton, FL 33432

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

Basis for the claim:  Sale of Future AR

Is the claim subject to offset?
- [x] No
- [ ] Yes

$55,125.00

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

---

**3.7** Nonpriority creditor's name and mailing address

Finova Capital

365 W. Passaic Ave

Rochelle Park, NJ 07662

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

Basis for the claim:  Sale of Future AR

Is the claim subject to offset?
- [x] No
- [ ] Yes

$73,478.00

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

---

**3.8** Nonpriority creditor's name and mailing address

Forward Financing LLC

100 Summer Street Suite 1175

Boston, MA 02110

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

Basis for the claim:  Sale of Future AR

Is the claim subject to offset?
- [x] No
- [ ] Yes

unknown

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

---

| Debtor | **RAKKI LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

## Part 2: Additional Page

---

**3.9** | Nonpriority creditor's name and mailing address

GLO Consulting Enterprises

16 Driggs Street

Staten Island, NY 10308

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Sale of Future AR

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

---

**3.10** | Nonpriority creditor's name and mailing address

Headway Capital

175 W Jackson Blvd 1000

Chicago, IL 60604

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Sale of Future AR

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

---

**3.11** | Nonpriority creditor's name and mailing address

Kalamata Capital LLC

80 Broad St Suite 1210

New York, NY 10004

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Sale of Future AR

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

---

**3.12** | Nonpriority creditor's name and mailing address

LifeTime Funding

585 Stewart Ave Suite L90

Garden City, NY 11530

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Sale of Future AR

**Is the claim subject to offset?**
☑ No
☐ Yes

$49,902.00

---

Debtor    **RAKKI LLC**

Name

Case number *(if known)*

---

| Part 2: | Additional Page |
|---|---|

---

**3.13** Nonpriority creditor's name and mailing address

Liquidbee LLC

295 Madison Ave, FL 22

New York, NY 10017

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$48,717.00

---

**3.14** Nonpriority creditor's name and mailing address

Liquidibee 1&#044; LLC

295 Madison Ave, FL 22

New York, NY 10017

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:  Sale of Future AR

Is the claim subject to offset?
- ☑ No
- ☐ Yes

unknown

---

**3.15** Nonpriority creditor's name and mailing address

Masada Funding

1811 Silverside Road

Wilmington, DE 19810

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:  Sale of Future AR

Is the claim subject to offset?
- ☑ No
- ☐ Yes

unknown

---

**3.16** Nonpriority creditor's name and mailing address

MR Advance

3512 19th Avenue

Astoria, NY 11105

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:  Sale of Future AR

Is the claim subject to offset?
- ☑ No
- ☐ Yes

unknown

---

Debtor    **RAKKI LLC**                                      Case number *(if known)* _____
          Name

| Part 2: | Additional Page |
|---|---|

**3.17** Nonpriority creditor's name and mailing address

NewCo Capital Group

25 Robert Pitt Dr 204

Monsey, NY 10952

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Sale of Future AR

Is the claim subject to offset?
☑ No
☐ Yes

$26,602.00

---

**3.18** Nonpriority creditor's name and mailing address

Pearl Delta Funding, LLC

525 Washington Blvd. 22nd Floor

Jersey City, NJ 07310

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Sale of Future AR

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

**3.19** Nonpriority creditor's name and mailing address

Quicksilver Capital, LLC

181 S. Franklin Ave 300

Valley Stream, NY 11581

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Sale of Future AR

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

**3.20** Nonpriority creditor's name and mailing address

Speedy Funding

163 Carrier St

Liberty, NY 12754

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Sale of Future AR

Is the claim subject to offset?
☑ No
☐ Yes

unknown

Debtor    **RAKKI LLC**                                         Case number *(if known)* _____
                Name

| Part 2: | Additional Page |

---

**3.21** | Nonpriority creditor's name and mailing address

Spring Funding

101 Chase Ave

Lakewood, NJ 08701

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**    $27,731.50
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**  Sale of Future AR

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.22** | Nonpriority creditor's name and mailing address

The Business Backer

10856 Reed Hartman Highway Suite 100

Cincinnati, OH 45242

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**    unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**  Merchant Cash Advance

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.23** | Nonpriority creditor's name and mailing address

Torro, LLC

5965 South 900 East Suite 300

Salt Lake City, UT 84121

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**    $63,150.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**  Sale of Future AR

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    **RAKKI LLC**                                                    Case number *(if known)* _____
_____
Name

**5.    Add the amounts of priority and nonpriority unsecured claims.**

| | | **Total of claim amounts** |
|---|---|---|
| 5a.  **Total claims from Part 1** | 5a. | **$101,867.20** |
| 5b.  **Total claims from Part 2** | 5b. + | **$473,985.74** |
| 5c.  **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | **$575,852.94** |

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | RAKKI LLC |
| United States Bankruptcy Court for the: | Northern District of Texas |
| Case number (if known): | Chapter ___11___ |

☐ Check if this is an amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases

**12/15**

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1. Does the debtor have any executory contracts or unexpired leases?

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1 | State what the contract or lease is for and the nature of the debtor's interest: Building Restaurant Space / Contract to be ASSUMED <br> State the term remaining: 31 months <br> List the contract number of any government contract: | Standridge Companies <br> 15640 Quorum Drive <br> Addison, TX 75001 |
| 2.2 | State what the contract or lease is for and the nature of the debtor's interest: Building Restaurant Space / Contract to be ASSUMED <br> State the term remaining: 15 months <br> List the contract number of any government contract: | Weitzman David Palmer <br> 3102 MAPLE AVE SUITE 500 <br> Dallas, TX 75201 |
| 2.3 | State what the contract or lease is for and the nature of the debtor's interest: Building Restaurant Space / Contract to be REJECTED <br> State the term remaining: 95 months <br> List the contract number of any government contract: | Victory Real Estate Group <br> 2911 Turtle Creek Blvd 700 <br> Dallas, TX 75219 |
| 2.4 | State what the contract or lease is for and the nature of the debtor's interest: <br> State the term remaining: <br> List the contract number of any government contract: | |

Fill in this information to identify the case:

Debtor name __**RAKKI LLC**_____

United States Bankruptcy Court for the: _____**Northern**_____ District of _____**Texas**_____
(State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206H

## Schedule H: Codebtors

12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

1. **Does the debtor have any codebtors?**

   ☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☐ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors,** *Schedules D-G.* **Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| **Name** / **Mailing address** | | **Name** | *Check all schedules that apply:* |
| 2.1 _____ Street _____ _____ City    State    ZIP Code | | _____ | ☐ D ☐ E/F ☐ G |
| 2.2 _____ Street _____ _____ City    State    ZIP Code | | _____ | ☐ D ☐ E/F ☐ G |
| 2.3 _____ Street _____ _____ City    State    ZIP Code | | _____ | ☐ D ☐ E/F ☐ G |
| 2.4 _____ Street _____ _____ City    State    ZIP Code | | _____ | ☐ D ☐ E/F ☐ G |
| 2.5 _____ Street _____ _____ City    State    ZIP Code | | _____ | ☐ D ☐ E/F ☐ G |

Debtor    __RAKKI LLC_____        Case number (if known) _____
          Name

| | Additional Page if Debtor Has More Codebtors |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. |

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.6 | _____ | Street _____ | _____ | ☐ D |
| | | _____ | | ☐ E/F |
| | | _____ | | ☐ G |
| | | City        State        ZIP Code | | |

| Fill in this information to identify the case: |
|---|
| Debtor name         RAKKI LLC |
| United States Bankruptcy Court for the: |
|          Northern District of Texas |
| Case number (if known): _____    Chapter ___11___ |

☐ Check if this is an
amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

**12/15**

### Part 1: Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

    1a. **Real Property:**

       Copy line 88 from *Schedule A/B*..........................................................................................

       $0.00

    1b. **Total personal property:**

       Copy line 91A from *Schedule A/B*.....................................................................................

       $154,755.00

    1c. **Total of all property:**

       Copy line 92 from *Schedule A/B*.......................................................................................

       $154,755.00

### Part 2: Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)

    Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*.................

       $103,569.00

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**

       Copy the total claims from Part 1 from line 5a of *Schedule E/F*..................................................

       $101,867.20

    3b. **Total amount of claims of non-priority amount of unsecured claims:**

       Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*....................................

       + $473,985.74

4. **Total liabilities**.................................................................................................................

       $679,421.94

    Lines 2 + 3a + 3b

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | RAKKI LLC |
| United States Bankruptcy Court for the: | Northern District of Texas |
| Case number (if known): | |

☐ Check if this is an amended filing

## Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy   04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1: Income

**1. Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From <u>01/01/2023</u>  to<br>MM/ DD/ YYYY | Filing date | ☑ Operating a business<br>☐ Other _____ | <u>$1,782,788.70</u> |
| **For prior year:** | From <u>01/01/2022</u>  to<br>MM/ DD/ YYYY | <u>12/31/2022</u><br>MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | <u>$3,241,084.00</u> |
| **For the year before that:** | From <u>01/01/2021</u>  to<br>MM/ DD/ YYYY | <u>12/31/2021</u><br>MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | <u>$2,864,314.00</u> |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From <u>01/01/2023</u>  to<br>MM/ DD/ YYYY | Filing date | _____ | _____ |
| **For prior year:** | From <u>01/01/2022</u>  to<br>MM/ DD/ YYYY | <u>12/31/2022</u><br>MM/ DD/ YYYY | _____ | _____ |
| **For the year before that:** | From <u>01/01/2021</u>  to<br>MM/ DD/ YYYY | <u>12/31/2021</u><br>MM/ DD/ YYYY | _____ | _____ |

Debtor    RAKKI LLC
_____          Case number *(if known)* _____
         Name

| **Part 2:** | List Certain Transfers Made Before Filing for Bankruptcy |

**3.   Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☑ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. _____<br>Creditor's name<br><br>_____<br>Street<br><br>_____<br><br>_____<br>City          State    ZIP Code | _____ | _____ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

**4.   Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. Nguyen, Viet_____<br>Creditor's name<br><br>2823 Grand Lookout Lane_____<br>Street<br><br>_____<br><br>Arlington, TX 76001_____<br>City          State    ZIP Code<br><br>**Relationship to debtor**<br>Owner/Managing Member_____ | 7/31/2023 | $65,000.00 | _____ |
| 4.2. Hoang Bui_____<br>Creditor's name<br><br>_____<br>Street<br><br>_____<br><br>_____<br>City          State    ZIP Code<br><br>**Relationship to debtor**<br>Investor_____ | 7/31/2023 | $70,000.00 | Investor Payments |

Official Form 207        **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**        page 2

Debtor    RAKKI LLC _____    Case number (if known) _____
          Name

**4.3.**  Long Doan _____        7/31/2023 _____    $70,000.00        Investor Payments _____
          Creditor's name                                                        _____

          Street _____                                       _____

          _____                                        _____

          City           State    ZIP Code

          | **Relationship to debtor** |
          Investor _____

**5.**  **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|
| **5.1.** _____ Creditor's name  Street _____ _____ City    State   ZIP Code | _____ | _____ | _____ |

**6.**  **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| **6.1.** _____ Creditor's name  Street _____ _____ City    State   ZIP Code | _____  XXXX– __ __ __ __ | _____ | _____ |

| **Part 3:** | Legal Actions or Assignments |

**7.**  **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☑ None

Debtor RAKKI LLC
Name

Case number *(if known)*

| 7.1. Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| | | Name | ☐ Pending |
| **Case number** | | Street | ☐ On appeal |
| | | | ☐ Concluded |
| | | City State ZIP Code | |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| 8.1. Custodian's name and address | Description of the property | Value |
|---|---|---|
| Custodian's name | | |
| Street | **Case title** | **Court name and address** |
| | | Name |
| City State ZIP Code | **Case number** | Street |
| | | City State ZIP Code |
| | **Date of order or assignment** | |

**Part 4:** Certain Gifts and Charitable Contributions

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000.**

☑ None

| 9.1. Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| Recipient's name | | | |
| Street | | | |
| City State ZIP Code | | | |
| **Recipient's relationship to debtor** | | | |

**Part 5:** Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

Official Form 207     **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**    

Debtor __RAKKI LLC_____   Case number *(if known)* _____
     Name

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | | |

10.1. _____   _____   _____   _____

---

**Part 6:** Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| 11.1. | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| | The Lane Law Firm | Attorney's Fee | 07/25/2023 | $16,984.00 |

**Address**

6200 Savoy Dr Ste 1150
Street

_____

Houston, TX 77036-3369
City          State    ZIP Code

**Email or website address**

billing@lanelaw.com

**Who made the payment, if not debtor?**

_____

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None

| 12.1. | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|---|
| | | | | |

**Trustee**

_____

Debtor   RAKKI LLC

Name _____

**13.** **Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| 13.1. | Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| | | | | |

Address

_____

Street

_____

City                    State      ZIP Code

Relationship to debtor

_____

---

**Part 7:** Previous Locations

**14.** **Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| Address | Dates of occupancy |
|---|---|
| 14.1. _____ | From _____ To _____ |
| Street | |
| _____ | |
| City          State      ZIP Code | |

---

**Part 8:** Health Care Bankruptcies

**15.** **Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
—diagnosing or treating injury, deformity, or disease, or
—providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

---

Debtor  RAKKI LLC _____   Case number *(if known)* _____
       Name

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

15.1. _____     _____     _____
      Facility name

      _____
      Street

| | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept? |
|---|---|---|

      _____
      City          State   ZIP Code

_____     *Check all that apply:*
_____     ☐ Electronically
                             ☐ Paper

## Part 9:   Personally Identifiable Information

**16.   Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. _____

       Does the debtor have a privacy policy about that information?

       ☐ No
       ☐ Yes

**17.   Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

☐ Yes. Does the debtor serve as plan administrator?

       ☐ No. Go to Part 10.

       ☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|

       _____     EIN:  _ _ – _ _ _ _ _ _ _

       Has the plan been terminated?

       ☐ No
       ☐ Yes

## Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18.   Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1 _____<br>Name<br><br>_____<br>Street<br><br>_____<br>City   State   ZIP Code | XXXX– _ _ _ _ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other<br>_____ | _____ | _____ |

Debtor   RAKKI LLC
         Name

Case number *(if known)*

### 19. Safe deposit boxes

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| 19.1 | Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| | | | | ☐ No |
| | Name | | | ☐ Yes |
| | Street | | | |
| | | Address | | |
| | City          State     ZIP Code | | | |

### 20. Off-premises storage

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| 20.1 | Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| | | | | ☐ No |
| | Name | | | ☐ Yes |
| | Street | | | |
| | | Address | | |
| | City          State     ZIP Code | | | |

### Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

### 21. Property held for another

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | |
| Name | | | |
| Street | | | |
| City          State     ZIP Code | | | |

### Part 12: Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

■ *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

■ *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

Debtor RAKKI LLC
_____
Name

Case number *(if known)* _____

■ *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| _____ **Case number** _____ | Name _____ Street _____ _____ City    State    ZIP Code | _____ _____ _____ _____ | ☐ Pending ☐ On appeal ☐ Concluded |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name _____ Street _____ City    State    ZIP Code | Name _____ Street _____ City    State    ZIP Code | _____ _____ _____ | _____ |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name _____ Street _____ City    State    ZIP Code | Name _____ Street _____ City    State    ZIP Code | _____ _____ _____ | _____ |

**Part 13:** Details About the Debtor's Business or Connections to Any Business

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

Debtor   RAKKI LLC
     Name                                                                   Case number *(if known)*

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| 25.1. KYODAI FTW LLC<br>Name<br><br>2825 Heritage Trace Parkway<br>Street<br><br><br>Fort Worth, TX 76177<br>City    State    ZIP Code | Full service sushi restaurant | EIN: 8 7 – 1 0 2 0 8 7 2<br><br>**Dates business existed**<br><br>From May 25, 2021    To _____ |

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| 25.2. KYODAI HANDROLL & SEAFOOD BAR LLC<br>Name<br><br>2626 N Josey Ln<br>Street<br><br><br>Carrollton, TX 75007<br>City    State    ZIP Code | Full-Service sushi restaurant | EIN: 8 5 – 3 8 0 8 5 1 8<br><br>**Dates business existed**<br><br>From 11/9/2020    To _____ |

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| 25.3. KYODAI SUSHI & HANDROLL BAR, LLC<br>Name<br><br>16100 Highway 121<br>Street<br><br><br>Frisco, TX 75035<br>City    State    ZIP Code | Full service sushi restaurant | EIN: 8 4 – 4 7 0 0 3 9 0<br><br>**Dates business existed**<br><br>From February 11, 2020    To _____ |

## 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1. ND Bookkeeping and Tax Services, LLC<br>Name<br><br>4035 E. Belknap Street 200<br>Street<br><br><br>Fort Worth, TX 76111<br>City      State      ZIP Code | From 6/10/2020    To _____ |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

| Name and address | Dates of service |
|---|---|
| 26b.1. _____<br>Name<br><br>_____<br>Street<br><br><br>_____<br>City      State      ZIP Code | From _____ To _____ |

Debtor  RAKKI LLC
        Name _____   Case number (if known) _____

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. | |
| _____ | _____ |
| Name | _____ |
| _____ | _____ |
| Street | |
| _____ | |
| _____ | |
| City                State        ZIP Code | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and address |
|---|
| 26d.1. |
| _____ |
| Name |
| _____ |
| Street |
| _____ |
| _____ |
| City                State        ZIP Code |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | |

| Name and address of the person who has possession of inventory records |
|---|
| 27.1. |
| _____ |
| Name |
| _____ |
| Street |
| _____ |
| _____ |
| City                State        ZIP Code |

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Viet Nguyen | 2823 Grand Lookout Lane Arlington, TX 76001 | Managing Member, Owner | 100.00% |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No

☐ Yes. Identify below.

Debtor   RAKKI LLC
         _____                                    Case number (if known)_____
         Name

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-----------------------------------|---------------------------------------------------|
| | | | From _____ <br> To _____ |

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|-------------------------------|------------------------------------------------------|-------|-------------------------------|
| 30.1. Viet Nguyen <br> Name <br><br> 1204 Thrasher Drive <br> Street <br><br> Little Elm, TX 75068 <br> City                State        ZIP Code | $65,000.00 | 7/31/2023 | Owner W-2 Salary |

| **Relationship to debtor** |
|----------------------------|
| Managing Member |

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|-------------------------------|------------------------------------------------------|-------|-------------------------------|
| 30.2. Hoang Bui <br> Name <br><br> Street <br><br><br> City                State        ZIP Code | $70,000.00 - Investor Payments | 7/31/2023 | Investor Payments |

| **Relationship to debtor** |
|----------------------------|
| Investor |

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|-------------------------------|------------------------------------------------------|-------|-------------------------------|
| 30.3. Long Doan <br> Name <br><br> Street <br><br><br> City                State        ZIP Code | $70,000.00 - Investor Payments | 7/31/2023 | Investor |

| **Relationship to debtor** |
|----------------------------|
| Investor Payments |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

Debtor ___RAKKI LLC_____     Case number *(if known)* _____
       Name

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| _____ | EIN: __ __ – __ __ __ __ __ __ __ |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| _____ | EIN: __ __ – __ __ __ __ __ __ __ |

---

**Part 14:  Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___07/31/2023____
          MM/  DD/  YYYY

**X** _/s/ Viet Nguyen_____     Printed name _____Viet Nguyen_____
Signature of individual signing on behalf of the debtor

Position or relationship to debtor ____Managing Member_____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☑ No

☐ Yes

---

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Northern District of Texas

**In re**    RAKKI LLC

Case No. _____

**Debtor**

Chapter _____11_____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.    Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept ...................................................................................    $27,500.00

Prior to the filing of this statement I have received ...............................................................    $16,984.00

Balance Due ....................................................................................................................................    $10,516.00

2.    The source of the compensation paid to me was:

☑ Debtor          ☐ Other (specify)

3.    The source of compensation to be paid to me is:

☑ Debtor          ☐ Other (specify)

4.    ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐  I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.    Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

b.    Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

c.    Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following services:

B2030 (Form 2030) (12/15)

---

CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| 07/31/2023 | /s/ Robert C Lane |
|---|---|
| *Date* | Robert C Lane |
| | *Signature of Attorney* |

Bar Number: 24046263
The Lane Law Firm
6200 Savoy Dr Ste 1150
Houston, TX 77036-3369
Phone: (713) 595-8200
Fax: (713) 595-8201

The Lane Law Firm
*Name of law firm*

---

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

IN RE: **RAKKI LLC**                                        CASE NO

                                                           CHAPTER **11**

### VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date _____ 07/31/2023 _____    Signature _____ /s/ Viet Nguyen _____

                                                 Viet Nguyen, Managing Member

AMERICAN EXPRESS
BECKET AND LEE LLP
PO BOX BOX 3001
MALVERN, PA 19355-0701


BRIDGE FUNDING CAP
450 LEXINGTON AVE 4TH FL
NEW YORK, NY 10017


BUSINESS BACKER
10856 REED HARTMAN HWY
CINCINNATI, OH 45242


ELEVEN CAPITAL
666 WEST END AVE 15FG
NEW YORK, NY 10025


EVEREST BUSINESS FUNDING
5 WEST 37TH ST 2ND FLOOR
NEW YORK, NY 10018


FAMILY BUSINESS FUND
101 PLAZA REAL 216
BOCA RATON, FL 33432


FINOVA CAPITAL
365 W. PASSAIC AVE
ROCHELLE PARK, NJ 07662


FORWARD FINANCING LLC
100 SUMMER STREET SUITE 1175
BOSTON, MA 02110

FRISCO INDEPENDENT
SCHOOL DISTRICT
1919 S. SHILOH ROAD 640, LB 40
GARLAND, TX 75042


GLO CONSULTING
ENTERPRISES
16 DRIGGS STREET
STATEN ISLAND, NY 10308


HEADWAY CAPITAL
175 W JACKSON BLVD 1000
CHICAGO, IL 60604


KALAMATA CAPITAL LLC
80 BROAD ST SUITE 1210
NEW YORK, NY 10004


LIFETIME FUNDING
585 STEWART AVE SUITE L90
GARDEN CITY, NY 11530


LIQUIDBEE LLC
295 MADISON AVE, FL 22
NEW YORK, NY 10017


LIQUIDIBEE 1&#044; LLC
295 MADISON AVE, FL 22
NEW YORK, NY 10017


MASADA FUNDING
1811 SILVERSIDE ROAD
WILMINGTON, DE 19810

MR ADVANCE
3512 19TH AVENUE
ASTORIA, NY 11105


NEWCO CAPITAL GROUP
25 ROBERT PITT DR 204
MONSEY, NY 10952


ON DECK
1400 BROADWAY
25TH FLOOR
NEW YORK, NY 10018


PEARL DELTA FUNDING, LLC
525 WASHINGTON BLVD. 22ND FLOOR
JERSEY CITY, NJ 07310


QUICKSILVER CAPITAL, LLC
181 S. FRANKLIN AVE 300
VALLEY STREAM, NY 11581


RAKKI LLC
2825 HERITAGE TRACE PARKWAY
FORT WORTH, TX 76177


SPEEDY FUNDING
163 CARRIER ST
LIBERTY, NY 12754


SPRING FUNDING
101 CHASE AVE
LAKEWOOD, NJ 08701

STANDRIDGE COMPANIES
15640 QUORUM DRIVE
ADDISON, TX 75001

TEXAS COMPTROLLER OF
PUBLIC ACCOUNTANTS
PO BOX BOX 12548, MC-008
AUSTIN, TX 78711

THE BUSINESS BACKER
10856 REED HARTMAN HIGHWAY SUITE
100
CINCINNATI, OH 45242

THE LANE LAW FIRM
6200 SAVOY DR STE 1150
HOUSTON, TX 77036-3369

TORRO, LLC
5965 SOUTH 900 EAST SUITE 300
SALT LAKE CITY, UT 84121

VICTORY REAL ESTATE
GROUP
2911 TURTLE CREEK BLVD 700
DALLAS, TX 75219

WEITZMAN DAVID PALMER
3102 MAPLE AVE SUITE 500
DALLAS, TX 75201